STATE v. SCALES

No. 291PA92

Case below: 106 N.C.App. 707

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 11 February 1993 for the sole purpose of entering the following order: the case is remanded to the Court of Appeals for reconsideration in light of State v. Hightower, 331 NC 636 (1992).

STATE v. STALLINGS

No. 347PA92

Case below: 107 N.C.App. 241

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed, review limited to bill of particulars issues as follows: 1) whether Judge Seay properly ruled on the bill of particulars 2) whether Judge Walker erred in permitting a variance. By order of the Court in conference, this the 11th day of February 1993.

STATE v. TUFT

No. 358P92

Case below: 107 N.C.App. 490

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

TOMPKINS v. ALLEN

No. 392P92

Case below: 107 N.C.App. 620

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.